[No. 12241-0-I.  Division One.  January 30, 1984.]

CARL L. CRAVEN, *Respondent*, v. PARK D. ENG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-2-08170-1, David W. Soukup, J., entered August 2, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 12397-1-I.  Division One.  January 30, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS C. STAEHELI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-2-04477-6, Dennis J. Britt, J., entered September 28, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 12730-6-I.  Division One.  January 30, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DELBERT MICHEL HORTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-02679-1, Frank J. Eberharter, J., entered January 17, 1983. *Dismissed* by unpublished per curiam opinion.